# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JUSTIN JAMES a/k/a Hurricane**                                                    **PETITIONER**

**V.**                                                                      **NO. 4:17-CV-129-DMB-JMV**

**STATE OF MISSISSIPPI**                                                            **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order entered this day, Justin James' petition for a writ of habeas corpus [1] is **DENIED**.

**SO ORDERED**, this 6th day of December, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**